UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Joseph Perry and Robin L. Perry | **Case No :** | 10−63324 − A − 7 |
| | | **Date :** | 04/06/11 |
| | | **Time :** | 09:00 |
| **Matter :** | [40] − Order to Show Cause; Show Cause hearing to be held on 4/6/2011 at 09:00 AM at Fresno Courtroom 11, Department A (crof) | | |
| **Judge :** | Whitney Rimel | | |
| **Courtroom Deputy :** | Gay Parker | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
    Debtor(s) Attorney − Randy J. Risner
    Debtor − Joseph Perry Jr
    Joint Debtor − Robin L. Perry

HEARING was :
Submitted

Robin Perry, witness