FILED

MAY 27 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                   Case No. 10-63324-A-7

JOSEPH PERRY, JR. and
ROBIN L. PERRY

                 Debtor.
_____/

**ORDER RE ORDER TO SHOW CAUSE DIRECTED TO RANDY J. RISNER**

Pursuant to the findings of fact and conclusions of law filed herewith, it is

ORDERED that Randy Risner is sanctioned in the sum of $200, payable to the Clerk of the Court within ten (10) days of the entry of this order.

DATED: _____5/27/11_____

_____
WHITNEY RIMEL, Judge
United States Bankruptcy Court

46